UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN DANIELS, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STU SHERMAN, WARDEN,<br><br>　　　　　Defendant. | 1:16-cv-01313-BAM (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE MOTION TO PROCEED IN FORMA PAUPERIS (ECF No. 2)<br><br>ORDER TO SUBMIT A **PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS<br><br>ORDER TO CLERK'S OFFICE TO SEND PLAINTIFF IN FORMA PAUPERIS APPLICATION FOR **PRISONER**<br><br>**THIRTY-DAY (30-DAY) DEADLINE** |

　　　　Plaintiff Norman Daniels, III ("Plaintiff"), is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 6, 2016. That same day, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 2).

　　　　Plaintiff self-prepared his motion, and did not submit the form used in this district. The Court requires a properly completed prisoner application to proceed in forma pauperis on this Court's form, in order to consider Plaintiff's application pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis for a prisoner;

1

2.       Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis for a prisoner, or in the alternative, pay the $400.00 filing fee for this action; and

3.       <u>**No requests for extension will be granted without a showing of good cause, and failure to comply with this order will result in dismissal of this action**</u>.

IT IS SO ORDERED.

   Dated:   **September 8, 2016**                  /s/ *Barbara A. McAuliffe*          
                                              UNITED STATES MAGISTRATE JUDGE