# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN DANIELS, III,<br><br>    Plaintiff,<br><br>    vs.<br><br>STU SHERMAN,<br><br>    Defendant. | Case No. 1:16-cv-01313-EPG-PC<br><br>ORDER FOR CLERK TO FILE THE MOTION FOR EXTENSION OF TIME IN THIS ACTION AS A MOTION FOR EXTENSION OF TIME IN CASE 1:16-CV-01312-EPG-PC<br><br>(ECF No. 12) |

      Plaintiff Norman Daniels, III, a state prisoner proceeding *pro se*, submitted a complaint to the Court on September 6, 2016, which was opened as case no. 1:16-cv-01312-EPG-PC (the "1312 case").  On the same date, he filed a second case, case no. 1:16-cv-01313-EPG-PC, which alleged similar facts (the "1313 case"). The Court issued an order to show cause in the 1312 case why the action should not be dismissed based on res judicata. Plaintiff has filed a request for a 30 day extension of time to respond to the order to show case, but incorrectly filed the request in the 1313 case, rather than the 1312 case. The Court finds that Plaintiff's Motion for Extension of Time (ECF No. 12) should be treated as a Motion for Extension of Time for case no. 1:16-cv-01312-EPG-PC. Plaintiff is reminded that he must always label any documents he files with the court using the appropriate court-assigned case number he is given. Failure to do so may cause delays and may lead to dismissal of his case(s).

Accordingly, the Clerk of the Court is DIRECTED to file the Motion for 30-day Extension of Time for this action (ECF No. 12) as a Motion for Extension of Time in case no. 1:16-cv-01312-GSA-PC.

IT IS SO ORDERED.

Dated:   **November 29, 2016**              /s/ *Erica P. Grosjean*
                                                                  UNITED STATES MAGISTRATE JUDGE