UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN DANIELS,<br><br>    Plaintiff,<br><br>v.<br><br>STU SHERMAN,<br><br>    Defendants. | Case No. 1:16-cv-01313-AWI-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>(ECF NO. 23) |

    Norman Gerald Daniels, III ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, commenced this action by filing a Complaint against Stu Sherman ("Defendant"), Warden of California Substance Abuse Treatment Facility and State Prison Corcoran ("SATF"), on September 6, 2016. (ECF No. 1.) The Court dismissed Plaintiff's action with prejudice on March 20, 2017, on *res judicata* grounds. On March 6, 2019, Plaintiff filed a motion for reconsideration of the Court's order dismissing his case. (ECF No. 23.)

    On August 30, 2019, Magistrate Judge Erica P. Grosjean issued findings and recommendations recommending that Plaintiff's motion for reconsideration be denied. (ECF No. 26.)

    Plaintiff was given 30 days to file objections to the findings and recommendations and did so on September 30, 2019. (ECF No. 27.)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court had conducted a *de novo* review of this matter. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration (ECF No. 23.) is DENIED.

IT IS SO ORDERED.

Dated: March 3, 2020

SENIOR DISTRICT JUDGE